WENDY C. YORK, SBN 166864
JESSICA J. SNYDER, SBN 246871
YORK LAW CORPORATION
1111 Exposition Blvd., Bldg. 500
Sacramento, CA 95815
Telephone: (916) 643-2200
Facsimile: (916) 643-4680

Attorney for Plaintiffs
JAMES BROFF

# UNITED STATES DISTRIC COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROFF,<br><br>  Plaintiff,<br><br>  vs.<br><br>OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, a California Corporation, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:07-CV-01391<br><br>**STIPULATION FOR FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff shall file a First Amended Complaint substituting LOCAL 3 as Defendant with OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, and incorporating all causes of action from the original complaint, a copy which is attached hereto.

Dated: June 16, 2008                                           _____
                                                                                    WENDY C. YORK
                                                                                    JESSICA J. SNYDER,
                                                                                    YORK LAW CORPORATION
                                                                                    Attorneys for Plaintiff JAMES BROFF

1  Dated: _____, 2008                    _____
                                              KENNETH C. ABSALOM
2                                             LAW OFFICES OF NEVIN &
                                              ABSALOM
3                                             Attorney for Defendant OPERATING
4                                             ENGINEERS HEALTH AND WELFARE
                                              TRUST FUND, a California Corporation
5
   Dates: _____, 2008
6
7                                             _____
                                              NANCY OBER
8                                             LITTLER MENDELSON
                                              Attorney for Defendants WASTE
9                                             MANAGEMENT INC., and USA WASTE
                                              OF CALIFORNIA, INC., California
10                                            Corporation
11
12                                  **ORDER**

13     Good cause appearing IT IS ORDERED that plaintiff be allowed to file the attached First

14  Amended Complaint.

15  DATED: August 4, 2008

16                                            _____
17                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

Stipulation to File First Amended Complaint - 2