1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
4  Facsimile:    415.399.8490
   Email:        nlober@littler.com
5
   Attorneys for Defendant
6  WASTE MANAGEMENT, INC.

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | JAMES BROFF,                    | Case No.  2:07-CV-01391-MCE-JFM
12 |         Plaintiff,              | **STIPULATION AND ORDER REGARDING DEFENDANT WASTE MANAGEMENT, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
13 |   v.                            |
14 | WASTE MANAGEMENT, INC.          |
   | USA WASTE OF CALIFORNIA, INC.,  |
15 | OPERATING ENGINEERS HEALTH      |
   | AND WELFARE TRUST FUND, and     |
16 | DOES 1 through 10, inclusive,   |
17 |         Defendants.             |

18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER                            Case No.  2:07-CV-01391-MCE-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff JAMES BROFF and Defendant WASTE MANAGEMENT, INC., by their respective counsel of record, hereby stipulate and agree that Defendant's Answer (including affirmative defenses) to the original Complaint filed in this action on February 28, 2008 shall serve as said Defendant's response to the First Amended Complaint.

Dated: August ____, 2008

NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WASTE MANAGEMENT, INC.

Dated: August ____, 2008

WENDY C. YORK
YORK LAW CORPORATION
Attorneys for Plaintiff
JAMES BROFF

**ORDER**

Upon the parties' stipulation, IT IS SO ORDERED.

DATED: August 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER    2.    Case No. 2:07-CV-01391-MCE-JFM

PDF created with pdfFactory trial version www.pdffactory.com