WENDY C. YORK, SBN 166864
MICHAEL S. AHMAD, SBN 231228
YORK LAW CORPORATION
1111 Exposition Blvd., Bldg. 500
Sacramento, CA 95815
Telephone: (916) 643-2200
Facsimile: (916) 643-4680

Attorney for Plaintiffs
JAMES BROFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROFF<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., USA WASTE OF CALIFORNIA, INC., OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 07-CV-01391 MCE JFM<br><br>**STIPULATION RE DISMISSAL OF OPERATING ENGINEERS HEALTH AND WELFARE FUND ERRONEOUSLY SUED AS OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND**<br><br>Hon. Morrison C. England, Jr.<br>Room 7 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff James Broff ("Broff") and defendant Operating Engineers Health and Welfare Fund ("Local 12 Fund"), erroneously named and sued herein as Operating Engineers Health and Welfare Trust Fund, with its principal office in Pasadena, California, through their respective attorneys of record and subject to the approval and Order of this Court, that Local 12 Fund shall be dismissed without prejudice from this action.

The reason for the stipulation is that Broff erroneously sued and served herein its First Amended Complaint on Local 12 Fund. The Local 12 Fund filed and served an Answer to First Amended Complaint on September 2, 2008. Broff also sued and served herein a First Amended Complaint on defendant Operating Engineers Health and Welfare Trust Fund ("Local 3 Fund"). The Local 3 Fund filed an Answer to First Amended Complaint and Counterclaim on or about September 15, 2008.

The parties are participating in the Court's Voluntary Delay Reduction Program ("VDRP"). On September 24, 2008, all parties participated in a telephone conference call with VDRP Neutral Andrew W. Stroud, Esq. The respective counsel for Local 12 Fund and Local 3 Fund represented, and it was therefore determined, that Local 12 Fund was not and has never been Broff's Benefits Plan Administrator.

Pursuant to F.R.C.P. Rule 41(a)(2), the action against defendant LOCAL 12 Fund <u>only</u>, shall be dismissed without prejudice. Each party shall bear its own attorney's fees and costs. The Local 3 Fund shall remain a named defendant in this action. Neither Local 12 Fund nor Broff shall be deemed to be the prevailing party by this stipulation or dismissal.

Dated: <u>October 10</u>, 2008   /s/ Wendy C. York_____
WENDY C. YORK,
MICHAEL S. AHMAD,
YORK LAW CORPORATION
Attorneys for Plaintiff JAMES BROFF

Dated: <u>October 9</u>, 2008   /s/ MARIJA KRISTICH DECKER
MARIJA KRISTICH DECKER,
LAQUER, URBAN, CLIFFORD & HODGE, LLP
Attorneys for Defendant OPERATING ENGINEERS HEALTH AND WELFARE FUND ( LOCAL 12 FUND)

# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROFF<br><br>      Plaintiff,<br>vs.<br><br>WASTE MANAGEMENT INC., USA WASTE OF CALIFORNIA, INC., OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, and DOES 1 through 10 inclusive,<br><br>      Defendants. | Case No.: 2:07-CV-01391 –MCE-JFM<br><br>**ORDER RE DISMISSAL OF OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, LOCAL 12 FUND**<br><br>Hon. Morrison C. England, Jr.<br>Room 7 |

    Good cause having been shown, defendant Operating Engineers Health and Welfare Fund ("Local 12 Fund"), erroneously sued and served herein as Operating Engineers Health and Welfare Trust Fund, located in Pasadena, California, which filed its Answer on September 2, 2008, is hereby dismissed, without prejudice, from the above entitled action.

    Plaintiff James Broff ("Broff") and defendant Local 12 Fund shall each bear their own attorneys' fees and costs with respect to claims brought by Broff as against defendant Local 12 Fund. Neither party shall be deemed to be the prevailing party.

    IT IS SO ORDERED.

Dated: October 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com